IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 03-48-SLR |
| ) | |
| C.M.S., et al., ) | |
| ) | |
| Defendant(s). ) | |

**MEMORANDUM ORDER**

Plaintiff, Richard Mark Turner, a former inmate who was housed at the Delaware Correctional Center ("DCC"), moves the court for an injunction to preclude certain actions at the DCC, including retaliatory, discriminatory, and inhumane treatment. (D.I. 212) Plaintiff alleges his mail was tampered with at the DCC in an attempt to prevent him from aiding in an investigation of the Delaware prison system currently being conducted by the U.S. Department of Justice.

Plaintiff was incarcerated at the time he filed this motion. It has recently come to the court's attention that plaintiff is no longer incarcerated at the DCC. In light of the fact that the alleged retaliatory, discriminatory, and inhumane treatment occurred at the DCC, and plaintiff is longer incarcerated there, the request for injunctive relief is moot.

NOW THEREFORE, IT IS HEREBY ORDERED this 18th day of July,

2006, that the motion for injunctive relief is DENIED as moot.

                                                                                                     _____
                                                                                  UNITED STATES DISTRICT JUDGE